UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSE RAY ABRAMS,

Plaintiff,

v.

BREMERTON MUNICIPAL PROSECUTOR, *et al.*,

Defendants.

CASE NO. 3:19-cv-05843-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. This matter is dismissed without prejudice, and the case is closed.

(2) The Clerk shall send copies of this order to plaintiff and Judge Creatura.

Dated this 6th day of January, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1